JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE CROCKER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent | ) Case No. 2:20-cv-09052-ODW-JC<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that petitioner's "Motion Rule 60(B)(6) Subdivisions (3) (4) (5) (6) (d) (2) (3) (4) for Relief from a Judgment," which the Court has construed to be a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

　　IT IS SO ADJUDGED.

DATED: December 23, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE